IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Sheryl Elizabeth Godwin, | ) | Civil Action No. 4:13-1549-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. Plaintiff has consented to this motion.

Further administrative action is warranted in this case for further evaluation of Plaintiff's impairments and her residual functional capacity (RFC). It is, therefore,

**ORDERED** that the Appeals Council will remand the case to an Administrative Law Judge (ALJ) with instructions to evaluate whether Plaintiff's back and foot/ankle impairments were severe impairments as defined in 20 C.F.R. § 404.1521 for at least 12 consecutive months during the period at issued; reevaluate the medical source opinions and obtain medical expert evidence if warranted and available, consistent with 20 C.F.R. § 404.1527 and Social Security Rulings 96-5p and 96-6p; reassess Plaintiff's RFC and provide rationale for the assessed limitations consistent with 20 C.F.R. § 404.1545 and Social Security Rulings 85-16 and 96-8p; reassess Plaintiff's credibility, consistent with 20 C.F.R. § 404.1529 and Social Security Ruling 96-7p; and obtain evidence from a vocational expert to determine whether there are jobs existing

in significant numbers in the national economy that Plaintiff can perform, consistent with 20 C.F.R. § 404.1566 and Social Security Rulings 83-14 and 00-4p.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

March 6, 2014.
Florence, South Carolina.

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.